**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Pablo RODRIGUEZ–VENEGAS,**
**Defendant–Appellant.**

**No. 07–50332.**

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2008.*

Filed April 22, 2008.

Luella M. Caldito, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable    for decision without oral argument. *See* Fed.

Carey D. Gorden, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, KLEINFELD, and BYBEE, Circuit Judges.

MEMORANDUM **

Rodriguez–Venegas' argument challenging continued applicability of *Almendarez-Torres v. United States*[1] to 8 U.S.C. § 1326(b)(2) is foreclosed by *United States v. Rodriguez–Lara*[2] and subsequent authority.

Rodriguez–Venegas' double counting argument addressed to § 2L 1.2(b) of the guidelines is foreclosed by *United States v. Luna–Herrera*[3] and *United States v. Blanco–Gallegos*.[4] Though the significance of the guidelines calculation has changed since then because of *United States v. Booker*[5] and *United States v. Carty*,[6] the double counting issue regarding the guidelines calculation under § 2L1.2 has not.

AFFIRMED.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998).

2. 421 F.3d 932 (9th Cir.2005).

3. 149 F.3d 1054 (9th Cir.1998).

4. 188 F.3d 1072 (9th Cir.1999).

5. 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

